In the Matter of the Application of NETTIE C. MURPHY for Payment of Award Made for Parcel Damage No. 5 on the Damage Map and in the Final Decree of the Supreme Court, in the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., Relative to Acquiring Property

Situated at and near the Northeasterly Corner of East Two Hundred and Sixth Street and Grand Boulevard and Concourse, etc., in the Borough of Bronx, City of New York, for the Construction, Maintenance and Operation in Perpetuity of a Rapid Transit Railroad, Route 106, Section 6. WILLIAM F. WILKINSON, Individually and as Executor, etc., of ARCHIE WILKINSON, Deceased, Claimant-Appellant; JOHN HENDLEY BARNHART, Claimant-Respondent.—A motion was made by petitioner for an order directing the comptroller of the city of New York to pay to petitioner and others entitled thereto their shares of the sum of money awarded to one Martin L. O'Hara, by the Supreme Court in a final decree for the taking of damage parcel No. 5. Upon the return various claimants appeared and filed their respective claims. The court at Special Term appointed a referee to take testimony concerning the priority and validity of the respective liens and claims. A motion to confirm the report of the referee resulted in the order appealed from which modified the referee's report by allowing the claim of Barnhart in the sum of $3,725, with interest from November 1, 1932, to the date of payment, by granting said claim a priority over the claims of the judgment creditors and other assignees, and by fixing a different order of priority in payment of the claims. Order appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.